IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| JUAN OROZCO, INDIVIDUALLY, AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED;<br><br>**Plaintiff,**<br><br>v.<br><br>**CONVERGENT OUTSOURCING, INC.,**<br><br>**Defendant.** | CIVIL ACTION NO. 6:18-CV-00624-JDK |

## FINAL JUDGMENT

Pursuant to Plaintiff's Notice of Voluntary Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i), dismissing all claims against all Defendants with prejudice (Docket No. 10), and given that no Defendants have filed an answer or motion for summary judgment, the Court hereby enters Final Judgment.

It is therefore **ORDERED**, **ADJUDGED** and **DECREED** that Plaintiff take nothing and that all pending motions are **DENIED AS MOOT**.

It is further **ORDERED**, **ADJUDGED** and **DECREED** that all claims in the instant suit be **DISMISSED** in their entirety **WITH PREJUDICE**.

The Clerk of the Court is directed to close this case.

So **ORDERED** and **SIGNED** this **6th** day of **February, 2019.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE